**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

June 2, 2014

Clerk of Court
Superior Court of Guilford County
201 S Eugene St
Greensboro, NC 27401

Re: *Dixon Hughes Goodman LLP v. Kurt Salmon US, INC.*
Our Case Number: 1:14-cv-01439-WSD
Your Case Number: 14 CvS 92

Dear Clerk:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

Please acknowledge receipt of this document by returning the enclosed copy of this letter to this office.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By: s/ A. Coleman
Deputy Clerk

Enclosure